STATE OF NEW JERSEY v. REYNALDO MONTALVO.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ARCADIO GARCIA.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY MATARAZZO.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DERRICK KEITH ATKINS.

April 26, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES WASHINGTON, JR.

April 26, 1988.

Petition for certification denied.